# United States District Court
## for
## District of New Jersey

## Superseding Petition for Violation of Supervised Release (submitted July 12, 2006)

Name of Offender: Ricky Boyd                                           Cr.: 01-00372-001

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise, Senior U.S. District Judge

Date of Original Sentence: 09/24/01

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 30 months imprisonment; 3 years supervised release. Restitution: $46,249.25.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 11/24/03

Assistant U.S. Attorney: Paul Matey                          Defense Attorney: Stacy Biancamano, AFPD

### PETITIONING THE COURT

To docket this Superseding Probation Form 12C, and replace the Probation Form 12C filed on May 11, 2006.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

1                      The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**

                       On April 19, 2006, Boyd was arrested in East Hanover, New Jersey and charged with Conspiracy to Commit Theft by Deception (N.J.S.A. 2C:5-2A) and Theft by Deception (N.J.S.A. 2C: 20-4A). The charges allege that from December 2005 to March 2006, the offender obtained two stolen bank account numbers from Warnock Auto and utilized the account numbers to create counterfeit checks. The checks were cashed and resulted in a total loss of $86,120.68. The charges remain pending.

2                      The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, shall submit truthful and complete written report within the first five days of each month.'**

                       In his March 2006 Written Monthly Supervision report, Boyd failed to note he had access to certain motor vehicle. According to East Hanover surveillance and investigation reports, on March 27, 2006, the offender drove a 2006 Chrysler Town and Country van, NJ registration UGP-60M. A Department of Motor Vehicle check revealed that the vehicle was registered to Rental Car Finance Corporation in Morristown, New Jersey.

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'** |
| | According to information obtained from the East Hanover Police Department, and the Delaware River Bridge Authority, on March 28, 2006, the offender was issued a written warning for speeding. The offender was traveling on Route 295Northbound in Farnhurst, Delaware in a vehicle bearing New Jersey license plate UGP-60M. Boyd did not have permission to leave the state. |
| 4 | The offender has violated the supervision condition which states **'You will notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.'** |
| | The offender failed to notify the probation officer, within 72 hours, of his arrest on April 19, 2006, by East Hanover Police Department. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 07/12/06

---

THE COURT ORDERS:

[✓] Docket as superseding Probation Form 12C, and replace Probation Form 12C filed on May 11, 2006.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

July 17, 2006
_____
Date