PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Violation of Supervised Release

Name of Offender: Ricky Boyd                                                              Cr.: 01-00372-001

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise, Senior U.S. District Judge

Date of Original Sentence: 09/24/01
Date of Violation: 10/02/06

Original Offense: Conspiracy to Commit Bank Fraud
Violation Offense: Traveled outside the Judicial District without permission

Original Sentence: 30 months imprisonment; 3 years supervised release. Restitution: $46,249.25.
Violation Sentence: 13 months imprisonment; 18 months supervised release. Restitution: $45,988.25

Type of Supervision: Supervised Release                          Date Supervision Commenced: 03/29/07

Assistant U.S. Attorney: Paul Matey                              Defense Attorney: Darren Del Sardo, Esq.

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|  | On November 27, 2007, the New York City Police Department arrested Boyd and Jamillah Sherman (a codefendant from a prior state case) and charged Boyd with Attempted Grand Larceny, Forgery, Criminal Possession of a Forged Instrument, Grand Larceny, and two counts of Criminal Possession of Stolen Property. |
|  | The charges allege that Sherman and Boyd attempted to steal property valued in excess of $3,000 dollars. Additionally, Boyd was found in possession of two forged American Express traveler's checks, and a search of the vehicle operated by Boyd revealed two forged New York State driver's licenses and a forged Pennsylvania driver's license. The charges were referred to grand jury and remain pending. |
| 2 | The offender has violated the supervision condition which states' **You shall report to the probation officer as directed by the Court or probation officer, shall submit truthful and complete written report within the first five days of each month.**' |
|  | In his November 2007 Written Monthly Supervision report, Boyd failed to note he had access to the motor vehicle he was driving at the time of his November 27th arrest. According to reports from the New York City Police Department, Boyd was driving a Chrysler Town and Country van, NJ licence plate number WEH74Y. A Department of Motor Vehicle check revealed that the vehicle is registered to Karen Simmons, the offender's girlfriend. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | On November 27, 2007, the offender traveled to New York City, New York. Boyd did not have permission to leave the state. |
| 4 | The offender has violated the supervision condition which states '**You will notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender failed to notify the probation officer within 72 hours of his arrest on November 27, 2007. |
| 5 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On November 27, 2007, the offender associated with Jamillah Sherman (codefendant in state charges) and was not granted permission to do so by the probation officer. On written monthly supervision reports, he denied association with any convicted felons. |
| 6 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On October 2nd and December 14, 2007, Boyd reported to the U.S. Probation Office, and submitted urine specimens which were positive for marijuana. He signed an Admission of Drug Use Form admitting he used marijuana on October 1st and November 29, 2007. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 01/15/08

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: February 19, 2008 @ 2:00 p.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

January 22, 2008
Date